28,594-21

No. W07-55832-S(D)

Ex parte
Arthur Roy Morrison
            Petitioner

§ In The Court of Criminal Appeals
§ Travis County Texas
§

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

Objections

To the Court of Criminal Appeals:

Take notice the Petitioner tenders his objections to the denial of evidentiary hearing and vacation of two fraudulent judgments will be set out below.

On 5 Nov 13 Petitioner discovered in No 3:12 Cv 2602 M (BF) the first fraudulent judgment to his surprise as he had plead in application (A) & (B) that he did not have a judgment at all and excommunicated from (B) wholly see suggestion to revisit.

On 4 Feb 14 the States responce to judgment nunc pro tunc stated variant discription of the first judgment, Petitioner gave ADA Peterson three safe-harbor pleading to correct variances he said nil.

On 14 May 14 Petitioner received the second fraudulent judgment when assailing (C) from ADA Saget and Petitioner amended his judgment nunc pro tunc and the court said nil.

Application (C) was denied notwithstanding amendment deleting nunc pro tunc issues see suggestion to revisit. Petition tendered (D) and a set of interogatories questioning ADA Peterson about the fabrication of these foist judgments this was denied by the

Page 1

trial court denied the motion for leave and the evidentary hearing after this court denied the evidentary hearing.

These judgments speak nil truth and are void.

Ergo Petitioner objects to void judgments nil vacation nil interogatories to discover who fabricated them and nil evedentary hearing see motion for rehearing.

Objected

Arthur Roy morrison

19 mar 15

Sworn

Trial court was mailed a copy.

19 mar 15

Arthur Roy morrison